| | |
|---|---|
| 1 | AMY R. LEVINE, State Bar No. 160743<br>DEBORAH L. UNGAR, State Bar No. 207763 |
| 2 | SARAH L. DANIEL, State Bar No. 233814<br>MILLER BROWN & DANNIS |
| 3 | 71 Stevenson Street, 19th Floor<br>San Francisco, CA 94105 |
| 4 | Telephone: (415) 543-4111<br>Facsimile: (415) 543-4384 |
| 5 | |
| 6 | Attorneys for Defendant<br>LAFAYETTE SCHOOL DISTRICT |
| 7 | LINA FOLTZ, State Bar No. 167813 |
| 8 | 11 Embarcadero West, Suite 230<br>Oakland, CA 94607 |
| 9 | Telephone: (510) 663-7199<br>Facsimile: (510) 444-8102 |
| 10 | Attorneys for Plaintiffs<br>M.M. & E.M. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M. & E.M., individually and on behalf of their son, C.M., | Consolidated Case No. C09-03668 SI and C09-04624 MHP |
| Plaintiffs, | **JOINT STIPULATION TO CHANGE RESPONSIVE DEADLINES** |
| v. | |
| Lafayette School District, | |
| Defendants. | |
| M.M. & E.M., individually and on behalf of their son, C.M., | |
| Plaintiffs, | |
| v. | |
| Lafayette School District, the California Dept. of Education, and Jack O'Connell, as State Superintendent of Public Instruction | |
| Defendants. | |

Plaintiffs M.M., E.M., and C.M. and Defendant Lafayette School District hereby stipulate as follows:

1. Defendant Lafayette School District's responded to the Complaints filed August 11, 2009 and September 30, 2009, in these related matters will be due no later than December 14, 2009.
2. In the event Defendant Lafayette School District files a responsive motion, Plaintiffs' opposition will be due no later than January 14, 2010.

DATED: November 4, 2009        MILLER BROWN & DANNIS

By: _____Moore for_____
SARAH L. DANIEL
Attorneys for Defendant
Lafayette School District

DATED: November 4, 2009        LINA FOLTZ

By: _____
LINA FOLTZ
Attorneys for Plaintiffs
M.M., E.M., and C.M.

IT IS SO ORDERED.

Date: _____        _____
Hon. Susan Illston

1
JOINT STIPULATION TO CHANGE RESPONSIVE DEADLINES
CASE NOS. C09-03668 SI and C09-04624 MHP

SF 401115v1

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105