AMY R. LEVINE, State Bar No. 160743
DEBORAH L. UNGAR, State Bar No. 207763
SARAH L. DANIEL, State Bar No. 233814
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
LAFAYETTE SCHOOL DISTRICT

LINA FOLTZ, State Bar No. 167813
11 Embarcadero West, Suite 230
Oakland, CA 94607
Telephone: (510) 663-7199
Facsimile: (510) 444-8102

Attorneys for Plaintiffs
M.M. & E.M.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M. & E.M., individually and on behalf of their son, C.M.,<br><br>Plaintiffs,<br><br>v.<br><br>Lafayette School District,<br><br>Defendants. | Consolidated Case No. C09-03668 SI and C09-04624 MHP<br><br>**JOINT STIPULATION TO CHANGE RESPONSIVE DEADLINES** |
| M.M. & E.M., individually and on behalf of their son, C.M.,<br><br>Plaintiffs,<br><br>v.<br><br>Lafayette School District, the California Dept. of Education, and Jack O'Connell, as State Superintendent of Public Instruction<br><br>Defendants. | |

Plaintiffs M.M., E.M., and C.M. and Defendant Lafayette School District hereby stipulate as follows:

1. Defendant Lafayette School District's responded to the Complaints filed August 11, 2009 and September 30, 2009, in these related matters will be due no later than December 14, 2009.
2. In the event Defendant Lafayette School District files a responsive motion, Plaintiffs' opposition will be due no later than January 14, 2010.

DATED: November 4, 2009

MILLER BROWN & DANNIS

By: _Moore for_ _____
SARAH L. DANIEL
Attorneys for Defendant
Lafayette School District

DATED: November 4, 2009

LINA FOLTZ

By: _____
LINA FOLTZ
Attorneys for Plaintiffs
M.M., E.M., and C.M.

IT IS SO ORDERED.

Date: _____

_____
Hon. Susan Illston

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

SF 401115v1

1

**JOINT STIPULATION TO CHANGE RESPONSIVE DEADLINES**
**CASE NOS. C09-03668 SI and C09-04624 MHP**