LINA FOLTZ, Attorney-At-Law, (SB# 167813)
11 Embarcadero West, Suite 230
Oakland, California 94607
Telephone: [510] 663-7199
Facsimile: [510] 444-8102
foltzlaw@gmail.com

Attorney for Plaintiffs M. M. & E.M. and C.M.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M.M. & E.M., individually and on behalf of their minor son C.M.,

Plaintiffs,

vs.

LAFAYETTE SCHOOL DISTRICT, LAFAYETTE BOARD OF EDUCATION, DANA SASSONE, individually, the CALIFORNIA DEPARTMENT OF EDUCATION (CDE), JACK O'CONNELL, as State Superintendent of Public Instruction for California, the CALIFORNIA DEPARTMENT OF GENERAL SERVICES (DGS), and WILL BUSH, as State Director for DGS,

Defendants.

M.M. & E.M., individually and on behalf of their minor son C.M.,

Plaintiffs,

vs.

LAFAYETTE SCHOOL DISTRICT, a Local Educational Agency, LAFAYETTE BOARD OF EDUCATION, the CALIFORNIA DEPARTMENT OF EDUCATION (CDE), and JACK O'CONNELL, as State Superintendent of Public Instruction for the State of California, the CALIFORNIA DEPARTMENT OF GENERAL SERVICES (DGS) operating as the California Office of Administrative Hearings (OAH), and WILL BUSH, as State Director for DGS,

Defendants.

Case No. C09-04624 SI & C09-03668 SI

**JOINT STIPULATION TO CONTINUE MOTION HEARING AND FURTHER CASE MANAGEMENT CONFERENCE & ORDER**

Date: June 4, 2010
Time: 9:00 a.m. & 3:00 p.m., respectively
Ct.Rm: 10, Nineteenth Floor
Judge: Honorable Susan Illston

LINA FOLTZ, ATTORNEY AT LAW
11 EMBARCADERO WEST, SUITE 230
OAKLAND, CALIFORNIA 94607
TELEPHONE: [510] 663-7199

Plaintiffs, M.M. E.M. and C.M., Defendants Lafayette School District, Lafayette Board of Education, Dana Sassone-Director of Student Services, California Department of Education, Jack O'Connell-California Superintendent of Public Instruction, California Department of General Services, and Will Bush-Director of California Department of General Services hereby stipulate to continue hearing and case management conference dates, and all related dates thereto, as follow,

1. Hearings on Motions to Dismiss by each of the Defendant parties in these related matters shall be continued from April 23, 2010 at 9:00a.m. to the date of **June 4, 2010 at 9:00 a.m.** Plaintiffs' Opposition shall be due on or before May 14, 2010; Defendants' Reply shall be due on or before May 21, 2010.

2. Further Case Management Conference shall be continued from April 23, 2010 at 3:00 p.m. to the date of to **June 4, 2010 at 3:00 p.m.**

WE SO STIPULATE.

DATED: March 29, 2010

By: LINA FOLTZ, for Plaintiffs M.M., E.M. & C.M.

DATED: March 29, 2010

By: DEBORAH UNGAR ETTINGER, Esquire of DANNIS, WOLIVER KELLEY, Attorney for Lafayette School District, Lafayette Board of Education and Dana Sassone, Director of Student Services

DATED: March 29, 2010

By: EDMUNDO R. AGUILAR, Deputy General Counsel, for California Department of Education & Jack O'Connell, Superintendent of Public Instruction

DATED: March 29, 2010

By: S. MICHELE INAN, Deputy Attorney General, for California Department of General Services & Will Bush

IT IS SO ORDERED.

DATED: ________________

Honorable SUSAN ILLSTON, District Court Judge

LINA FOLTZ, ATTORNEY AT LAW
11 EMBARCADERO WEST, SUITE 230
OAKLAND, CALIFORNIA 94607
TELEPHONE: [510] 663-7199

Plaintiffs, M.M. E.M. and C.M., Defendants Lafayette School District, Lafayette Board of Education, Dana Sassone-Director of Student Services, California Department of Education, Jack O'Connell-California Superintendent of Public Instruction, California Department of General Services, and Will Bush-Director of California Department of General Services hereby stipulate to continue hearing and case management conference dates, and all related dates thereto, as follow,

1. Hearings on Motions to Dismiss by each of the Defendant parties in these related matters shall be continued from April 23, 2010 at 9:00a.m. to the date of **June 4, 2010 at 9:00 a.m.** Plaintiffs' Opposition shall be due on or before May 14, 2010; Defendants' Reply shall be due on or before May 21, 2010.

2. Further Case Management Conference shall be continued from April 23, 2010 at 3:00 p.m. to the date of to **June 4, 2010 at 3:00 p.m.**

WE SO STIPULATE.

DATED: March 29, 2010

By: LINA FOLTZ, for Plaintiffs M.M., E.M. & C.M.

DATED: March 29, 2010

By: DEBORAH UNGAR ETTINGER, Esquire of DANNIS, WOLIVER KELLEY, Attorney for Lafayette School District, Lafayette Board of Education and Dana Sassone, Director of Student Services

DATED: March 29, 2010

By: EDMUNDO R. AGUILAR, Deputy General Counsel, for California Department of Education & Jack O'Connell, Superintendent of Public Instruction

DATED: March 31, 2010

By: S. MICHELE INAN, Deputy Attorney General, for California Department of General Services & Will Bush

IT IS SO ORDERED.

DATED: ________________

Honorable SUSAN ILLSTON, District Court Judge

LINA FOLTZ, ATTORNEY AT LAW
11 EMBARCADERO WEST, SUITE 230
OAKLAND, CALIFORNIA 94607
TELEPHONE: (510) 663-7199

LINA FOLTZ, ATTORNEY AT LAW
11 EMBARCADERO WEST, SUITE 230
OAKLAND, CALIFORNIA 94607
TELEPHONE: [510] 663-7199

Plaintiffs, M.M. E.M. and C.M., Defendants Lafayette School District, Lafayette Board of Education, Dana Sassone-Director of Student Services, California Department of Education, Jack O'Connell-California Superintendent of Public Instruction, California Department of General Services, and Will Bush-Director of California Department of General Services hereby stipulate to continue hearing and case management conference dates, and all related dates thereto, as follow,

1. Hearings on Motions to Dismiss by each of the Defendant parties in these related matters shall be continued from April 23, 2010 at 9:00a.m. to the date of **June 4, 2010 at 9:00 a.m.** Plaintiffs' Opposition shall be due on or before May 14, 2010; Defendants' Reply shall be due on or before May 21, 2010.

2. Further Case Management Conference shall be continued from April 23, 2010 at 3:00 p.m. to the date of to **June 4, 2010 at 3:00 p.m.**

WE SO STIPULATE.

DATED: March 29, 2010

By: ______________________
LINA FOLTZ, for Plaintiffs M.M., E.M. & C.M.

DATED: March ~~29~~ 30, 2010

By: Deborah Ettinger
DEBORAH UNGAR ETTINGER, Esquire of DANNIS, WOLIVER KELLEY, Attorney for Lafayette School District, Lafayette Board of Education and Dana Sassone, Director of Student Services

DATED: March 29, 2010

By: ______________________
EDMUNDO R. AGUILAR, Deputy General Counsel, for California Department of Education & Jack O'Connell, Superintendent of Public Instruction

DATED: March 29, 2010

By: ______________________
S. MICHELE INAN, Deputy Attorney General, for California Department of General Services & Will Bush

IT IS SO ORDERED.

DATED: ______________

Susan Illston
Honorable SUSAN ILLSTON, District Court Judge