IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M. & E.M., individually and on behalf of their minor son C.M.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LAFAYETTE SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants.　　　　　　　　　／ | No. C 09-03668 SI<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　　On June 2, 2010, the Court entered an order granting the motions to dismiss filed by defendants Lafayette School District, California Department of Education ("CDE"), and California Department of General Services ("DGS"). *See* June 2 Order (Docket No. 50). The Court granted Lafayette's motion without prejudice to refiling once the ALJ has issued a final decision in the underlying administrative proceedings and granted CDE's motion in full without leave to amend. As to DGS, however, the Court granted plaintiff leave to amend her IDEA claims, provided that the amended complaint be filed no later than June 28, 2010. Plaintiff has not filed an amended complaint in this action to date.

　　　Accordingly, as plaintiff currently has no valid claims in this action, the action is hereby DISMISSED without prejudice.

　　　**IT IS SO ORDERED.**

Dated: July 29, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge