**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M. & E.M., individually and on behalf of their minor son C.M., | No. C 09-03668 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| LAFAYETTE SCHOOL DISTRICT, et al., | |
| Defendants.                                  / | |

In accordance with the Court's order dismissing this action without prejudice due to plaintiffs' failure to file an amended complaint, judgment is hereby entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 2, 2010

SUSAN ILLSTON
United States District Judge